**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00483-CR**
_____

**IN RE DAVID LEE VICTORICK**

**Original Proceeding**

**MEMORANDUM OPINION**

Relator David Lee Victorick filed a petition for writ of mandamus with this Court. In three issues, Victorick complains that the presiding judge of the Second Administrative Judicial Region denied his motion to recuse the trial judge.

On the record before us, we conclude that we lack mandamus authority over the presiding judge's denial of the motion to recuse the trial judge. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *In re ES Energy Solutions, LP*, No. 05-10-01158-CV, 2010 WL 3720219, at *1 (Tex. App.—Dallas Sept. 24, 2010, orig. proceeding) (mem. op.); *In re Davidson*, No. 09-07-380 CV, 2007 WL 2324321, at *1 (Tex. App.—Beaumont Aug. 16, 2007, orig. proceeding) (mem. op.). Accordingly, we dismiss Victorick's petition for writ of mandamus.

1

PETITION DISMISSED.

PER CURIAM

Opinion Delivered November 6, 2013
Do not publish

Before McKeithen, C.J., Kreger and Horton, JJ.